## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Port Authority of Allegheny County, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 92 C.D. 2017 |
| | : | |
| William Towne, | : | |
| Respondent | : | |

## **O R D E R**

NOW, November 8, 2017, upon consideration of respondent's application for reargument, and petitioner's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge